No. 93–1466. T–H NEW ORLEANS LIMITED PARTNERSHIP *v.* FINANCIAL SECURITY ASSURANCE, INC. C. A. 5th Cir. Certiorari denied.

No. 93–1477. TATUM *v.* PHILIP MORRIS INC., DBA PHILIP MORRIS USA, ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–1481. HINTON *v.* PACIFIC ENTERPRISES ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1482. ROSE, WIDOW OF ROSE *v.* WESTMORELAND COAL CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–1487. UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC *v.* WARRIOR & GULF NAVIGATION CO. C. A. 11th Cir. Certiorari denied.

No. 93–1491. TONKA CORP. *v.* BITUMINOUS CASUALTY CORP. ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–1492. GRAND LODGE OF TEXAS (ANCIENT, FREE, AND ACCEPTED MASONS), AS TRUSTEE FOR MASONIC HOME AND SCHOOL OF TEXAS, ET AL. *v.* GANT. C. A. 10th Cir. Certiorari denied.

No. 93–1493. KAHN ET AL. *v.* VIRGINIA RETIREMENT SYSTEM ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–1494. TUSKEGEE AREA TRANSPORTATION SYSTEM *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 11th Cir. Certiorari denied.

No. 93–1496. MISSOURI PACIFIC RAILROAD CO., DBA UNION PACIFIC RAILROAD CO. *v.* TINGSTROM. Ct. App. La., 1st Cir. Certiorari denied.

No. 93–1497. BSEIRANI ET AL. *v.* MAHSHIE ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–1498. SAKARIA ET AL. *v.* TRANS WORLD AIRLINES. C. A. 4th Cir. Certiorari denied.